PHILLIP A. TALBERT
United States Attorney
LAURA JEAN BERGER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JERRID WILHA, <br><br> Defendant. | CASE NO. 1:22-MJ-00153 <br><br> STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING |

## BACKGROUND

This matter is currently scheduled for a preliminary hearing on **October 19, 2022,** as to defendant Wilha regarding the Supervised Release Violation in this case. The parties request that the preliminary hearing be continued to **November 1, 2022**. The parties request additional time to prepare for the hearing.

A proposed order appears below.

//

//

//

//

//

//

1

## STIPULATION AND ORDER

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the preliminary hearing as to the supervised release violation currently set for October 19, 2022, be continued to November 1, 2022, at 2:00 PM before Magistrate Judge Stanley A. Boone.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED: October 18, 2022    By:    /s/ *Laura Jean Berger*
LAURA JEAN BERGER
Assistant United States Attorney

DATED: October 18, 2022    By:    /s/ *Eric Kersten*
ERIC KERSTEN
Attorney for Jerrid Wilha

## O R D E R

**IT IS SO ORDERED.**

DATED: 10/18/2022

*Sheila K. Oberto*
Hon. Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE

2